**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **CHRISTOPHER TOD KOTTENBROOK,** | ) | NO. CV 09-5586-JSL(CT) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| **CORCORAN STATE PRISON,** | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed without prejudice.

DATED: ___October 30, 2009

*/s/ Spencer Letts*
_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE